App. Div.]                         First Department, May, 1926.

MORRIS CHERNUCHIN, etc., Appellant, v. BENJAMIN BARKIN, INC., Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the evidence sought to be offered is not newly-discovered evidence. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of the Application of BRONX PARKWAY COMMISSION and Others, Respondents, against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Order affirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

HYMAN KAHANA, Appellant, v. S. R. BAKERY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and Martin, JJ.

CHARLES KRAMER, Respondent, v. ISIDOR COHEN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

ANNA EISMAN, Respondent, v. HARRY EISMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

WALTER G. JONES, Respondent, v. GEORGE A. LAVALLE, Appellant.— Order so far as appealed from modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

HENRY W. BANKS, JR., and Others, Appellants, v. INDIAN REFINING COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

EMMA R. GREGORY, Appellant, v. GEORGE N. GREGORY, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

SAM SEIDEN and Others v. RALPH ROTHSCHILD and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

WILLIAM F. DORNBUSCH v. EDITH DORNBUSCH.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

JEANNETTE TURNER v. JOSEPH C. TURNER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

LEEDS SHOE CO., INC., v. HARRY LEWIS, as President of the RETAIL SHOE SALESMEN'S UNION OF NEW YORK, and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

WILLIAM BANISTER v. EDWARD W. WAINRIGHT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

FANNIE GOTTFRIED v. 97 BLEECKER STREET, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.